

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-25-00251-CV

In re Roberto Antonio Hernandez, Relator

## AN ORIGINAL PROCEEDING IN MANDAMUS

## JUDGMENT

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Yvonne Rodriguez, Judge of the 384th Judicial District Court of El Paso County, Texas and concludes Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED this 29th day of October 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.